NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MATTHEW J. NASUTI,**
*Petitioner,*

v.

**DEPARTMENT OF STATE,**
*Respondent.*

---

2011-3048

---

Petition for review of the Merit Systems Protection Board in case no. DC1221090356-M-1.

---

## ON MOTION

---

## ORDER

Matthew J. Nasuti moves for leave to proceed in forma pauperis.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

JAN 1 1 2011

Date

/s/ Jan Horbaly

Jan Horbaly

Clerk

cc: Matthew J. Nasuti
   Jeanne E. Davidson, Esq.

s21

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

**JAN 1 1 2011**

**JAN HORBALY**
**CLERK**